

**ORDERED in the Southern District of Florida on April 12, 2011.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

---------------------------------------------------------------------------------------------------------------
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

MARINA GARRIDO A/K/A
MARINA V. GARRIDO F/K/A
JUANA LIDIA GARRIDO

CASE NO. 10-49415-LMI
CHAPTER 7

Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS CAUSE came on for consideration ex parte upon Motion of Creditor, U.S. BANK NATIONAL ASSOCIATION, seeking modification of the automatic stay. The Court finds that the interested parties were served with the motion and the bulletin pursuant to Local Rule 4001(c) and Creditor filed a Certificate of No Response and Request for Entry of Order. Therefore, the interested parties are deemed to have consented to the entry of the Order Granting

Motion for Modification of Automatic Stay requested as none of the interest parties served a written response to the motion. Accordingly, it is

      ORDERED: The Motion for Relief from Automatic Stay be, and the same is, hereby granted. It is further

      ORDERED: The Order Granting Relief Motion for Modification of Automatic Stay be, and the same is, hereby entered for the sole purpose of allowing Creditor to obtain an in-rem judgment against the property, to wit:

Unit No. 9917, Building 17, VILLAS DE VENEZIA CONDOMINIUM, according to the Declaration of Condominium thereof, as recorded in Official Records Book 41263, Page 668, of the Public Records of Broward County, Florida, together with an undivided interest in the common elements appurtenant thereto, as set forth in said Declaration of Condominium.

**A/K/A  9917 NOB HILL PLACE SUNRISE, FL 33351**

And any other remedies the Creditor may have under applicable non-bankruptcy law and that Movant shall not seek or obtain an in-personam judgment against the Debtor.

###

Daniel C. Consuegra is directed to serve copies of this order on the parties listed and file a certificate of service.

Copies furnished to:

U.S. BANK NATIONAL ASSOCIATION
9204 KING PALM DRIVE
TAMPA, FL 33619

MARINA GARRIDO A/K/A MARINA V. GARRIDO F/K/A JUANA LIDIA GARRIDO
3984 NE 15TH STREET
HOMESTEAD, FL 33033

TIMOTHY KINGCADE,ESQUIRE
1370 CORAL WAY
MIAMI, FL 33145

SONEET KAPILA, TRUSTEE
PO BOX 14213
FT. LAUDERDALE, FL 33302

UNITED STATES TRUSTEE
51 SOUTHWEST FIRST AVENUE, SUITE 1204
MIAMI, FL 33130